FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2018

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

LOIS JANE BEECHER,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

No.    2:18-CV-0004-SMJ

**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE**

Before the Court, without oral argument, is Magistrate Judge Rodgers's February 13, 2018 Report and Recommendation, ECF No. 3, recommending that this case be closed. The period for filing objections has passed and no party has objected. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Rodgers's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Report and Recommendation, **ECF No. 3**, is **ADOPTED** in its entirety.

2.    The Clerk's office is directed to **CLOSE** this case.

ORDER **-** 1

1    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

2  provide copies to all counsel.

3       **DATED** this 28th day of February 2018.

4                    _____

5                    SALVADOR MENDOZA, JR.
                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER **-** 2